UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA (WASHINGTON D.C)

**GUNDISALVO RODRIGUEZ JIMENEZ, EDISON WASHINGTON PRADO ALAVA AND LEONARDO ADRIAN VERA CALDERÓN**

Certificate of Citizenship: 19.355.339 Bogotá-Colombia

Professional Card: N° 278.844 of the Superior Council of the Judiciary of Colombia

E-mail: rodriguezjimenezabogados2000@hotmail.com

Address: Street 7a south N° 3-41

Phone number: 3227788480

Case: 1:17-cv-02506
Assigned To : Mehta, Amit P.
Assign. Date : 11/20/2017
Description: Pro Se Gen. Civil

Certificate of Citizenship: 130974725-9 Manta Manabi -Ecuador

Location: Penitentiary Valledupar- Colombia

Phone number: 3227788480

Certificate of Citizenship: 131281950-9 Manta Manabi-Ecuador

Location: Penitentiary La Picota Patio 16 eron

Phone number: 3227788480

VS

**COLOMBIAN STATE, PRESIDENCY OF THE REPUBLIC OF COLOMBIA, HIGH COMMISSION FOR PEACE OFFICE AND RODRIGO RIVERA SALAZAR**

Address: Avenue 8 No.7-26

Phone number: (57 1) 562 9300

**COMPLAINT**

I have the honour to address to United States District Court for The District of Columbia in Washington to consideration and decision the following case:

**EVENTS**

The Colombian Government has been violating the fundamental human rights of two Ecuadorian citizens **EDISON WASHINGTON PRADO ALAVA Y LEONARDO ADRIAN VERA CALDERON** even with the knowledge that Ecuador prohibits the extradition of its citizens and even more between Colombia and E.E.U.U due to the fact that there is not a current or legal extradition treaty. The extradition has been practiced as a costume. More importantly, is the fact that in Colombia a peace treaty between the subversive group **FARC-EP** and the Colombian government was made. The mentioned treaty was represented by **JUAN MANUEL SANTOS**. Take part in this group as militants and militiamen Mr. **PRADO ALAVA** and Mr. **VERA CALDERON** despite they are Ecuadorian citizens. Taking into account that FARC-EP had encompassed by the border areas many foreign citizens such as Cubans, European, Venezuelan, among others. if we analyze it statistically Colombian, Peruvian and Bolivian citizens are extradited in a 99% but Ecuadorians represent the 1% left, this is to say a few statistically.

The Colombian government through an administrative act uttered by the Presidency of the Republic und signed by the current peace commissioner **RODRIGO RIVERA SALAZAR** on September 22 within the course of this year excluded 86 citizens from the official list of FARC and among them are Mr. **PRADO ALAVA** and Mr. **VERA CALDERON** which causes the violation of all kind of rights and the peace treaty. being under the public opinion pressure and trying to cover the mistakes in this process or governmental mistakes. It was said that there were 248 people seeped but in the reality were 86 and the were chosen randomly without justification. this action was made in order to receive a certification from E.E.U.U about the Coca leave eradication.

To conclude, there has been a violation in the peace deal agreed in Havana-Cuba. the final agreement was signed on November 24 of 2016 in the Colon theater in Bogotá-Colombia.

Moreover, they are foreign citizens who have suffered from the violation of their fundamental rights enshrined in the Political Constitution of Colombia also in the Ibero-American System and in the Human rights Declaration letter of the united Nations of 1948. when it is well known that Ecuador has lend the country and allows the subversive group ELN to perform talks and dialogues. There has also been a violation of the rights by The Criminal Chamber of the Supreme Court of Justice. The colombian State has violated the peace treaty owing to the accusation of narcotraffic in international waters but the reality is that this was in national waters of Colombia.

The peace treaty has been breached. We request you to study and evaluate this case. We allow ourselves to attach the annexes and documents to this lawsuit which could last for years, therefore, we

request foreign assistance, specially this court because we are aware of its balance and judicial wisdom.

Without other particular, waiting for that all the arguments here embodied in the time of the study are welcomed,

Respectfully serve The United States District Court for The District of Columbia in Washington to proceed accordingly to the present application.

Kind regards,

**GUNDISALVO RODRIGUEZ JIMENEZ, EDISON WASHINGTON PRADO ALAVA Y LEONARDO ADRIAN VERA CALDERON**

Certificate of Citizenship: 19.355.339 Bogotá-Colombia

Professional Card: N° 278.844 of the Superior Council of the Judiciary of Colombia

E-mail: rodriguezjimenezabogados2000@hotmail.com

Address: Street 7a south N° 3-41

Phone number: 3227788480

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA (WASHINGTON D.C)

Case: 1:17-cv-02506
Assigned To: Mehta, Amit P.
Assign. Date: 11/20/2017
Description: Pro Se Gen. Civil

**EDISON WASHINGTON PRADO ALAVA** identified with Certificate of Citizenship No. 13'097.4725-9 from Manta Manabi -Ecuador, current location in the Penitentiary Valledupar-Colombia with TD (Tarjeta Decadactilar/Ten-Print card) No. 323006933 and **LEONARDO ADRIAN VERA CALDERON** identified with Certificate of Citizenship No. 13'128.1950-9 from Manta Manabi-Ecuador, current location in the Penitentiary La Picota Patio 16 eron with TD (Tarjeta Decadactilar/Ten-Print card) No.93657. We want to confirm and validate all the documents and information sent in this lawsuit by our Colombian attorney **GUNDISALVO RODRIGUEZ JIMENEZ** identified with Certificate of Citizenship No.19.355.339 Bogotá-Colombia
Professional Card N° 278.844 of the Superior Council of the Judiciary of Colombia. We acknowledge all the presented information is true.

Thank you for your assistance in this matter,

Kind regards,

*[signature]*

**EDISON WASHINGTON PRADO ALAVA**
Certificate of Citizenship: 130974725-9 Manta Manabi -Ecuador
Location: Penitentiary Valledupar- Colombia
Phone number: 3227788480

*[signature]*

**LEONARDO ADRIAN VERA CALDERON**
Certificate of Citizenship: 131281950-9 Manta Manabi-Ecuador
Location: Penitentiary La Picota Patio 16 eron
Phone number: 3227788480

## ANNEXES*

**ANNEX 1:** The peace treaty in 323 foils translated to English.

**ANNEX 2:** The certification of the legal counsel LILIANA BOHORQUEZ in 2 foils which certificates that Mr. PRADO ALAVA and Mr. VERA CALDERON are members of FARC-EP.

**ANNEX 3:** The administrative act of September 22 of the present year signed by RODRIGO RIVERA SALAZAR.

**ANNEX 4:** A notice of the judicial branch were a registration number was assigned along with a judge or a magistrate of Colombia.

**ANNEX 5:** Document by LILIANA BOHORQUEZ which claims that Mr. VERA CALDERON is excluded from the official list of FARC in 2 foils..

*All translated to English